BERGER MONTAGUE PC
Benjamin Galdston (SBN 211114)
Email: bgaldston@bm.net
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300

*Attorneys for Plaintiffs and the Proposed Classes*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE SASS AND CODY HOUNANIAN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND VANTAGESCORE SOLUTIONS, LLC,<br><br>Defendants. | Case No. 3:20-cv-03424<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Plaintiffs Katherine Sass and Cody Hounanian certify that, as of this date, other than the named parties, no persons, associations of persons, firms, partnerships,

---

corporations (including parent corporations) or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Date: May 20, 2020

Respectfully submitted,

BERGER MONTAGUE PC

*/s/ Benjamin Galdston*
BENJAMIN GALDSTON
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300
Email: bgaldston@bm.net

E. Michelle Drake*
John G. Albanese*
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5999
Fax: (612) 584-4470
Email: emdrake@bm.net
           jalbanese@bm.net
**pro hac vice* forthcoming*

Alexander Hood*
TOWARDS JUSTICE
1410 High Street, Suite 300
Denver, CO 80218
Tel: (720) 239-2606
Email: alex@towardsjustice.org
**pro hac vice* forthcoming*

*Attorneys for Plaintiffs and
the Proposed Classes*