BERGER MONTAGUE PC
Benjamin Galdston (SBN 211114)
Email: bgaldston@bm.net
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300

*Attorneys for Plaintiffs and the Proposed Classes*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE SASS AND CODY HOUNANIAN, on Behalf of Themselves and All Others Similarly Situated,<br><br>             Plaintiffs,<br><br>     vs.<br><br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND VANTAGESCORE SOLUTIONS, LLC,<br><br>             Defendants. | Case No. 3:20-cv-03424<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE** |

I hereby certify that copies of the: (1) Order Reassigning Case to Judge Edward M. Chen [ECF No. 18]; (2) Judge Chen's Civil Standing Order; (3) Judge Chen's Civil Standing Order on Discovery; and (4) Standing Order for All Judges of the Northern District of California were served upon the following counsel for defendants in the above-referenced action by electronic mail on June 16, 2020:

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>Jonathan C. Sandler, Bar No. 227532<br>jsandler@bhfs.com<br>2049 Century Park East, Suite 3550<br>Los Angeles, CA 90067<br>Tel:  (310) 500-4600<br><br>*Attorneys for Defendant Great Lakes Educational Loan Services, Inc.* | JONES DAY<br>Kerry C. Fowler<br>kcfowler@jonesday.com<br>555 S. Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 489-3939<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.* |
| O'MELVENY & MYERS LLP<br>Randall W. Edwards<br>REdwards@omm.com<br>James K. Rothstein<br>jrothstein@omm.com<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Tel: (415) 984-8700<br>*Attorneys for Defendant TransUnion, LLC* | O'MELVENY & MYERS LLP<br>Danielle N. Oakley<br>doakley@omm.com<br>Elizabeth L. McKeen<br>emckeen@omm.com<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>Tel: (949) 760-9600<br><br>*Attorneys for Defendant TransUnion, LLC* |
| REED SMITH LLP<br>Terence N. Hawley<br>thawley@reedsmith.com<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Tel: (415) 543-8700<br><br>*Attorneys for Defendant VantageScore Solutions, LLC* | KING & SPALDING<br>Anne M. Voigts<br>avoigts@kslaw.com<br>601 S. California Avenue, Suite 100<br>Palo Alto, CA 94304<br>Tel: (650) 422-6700<br><br>*Attorneys for Defendant Equifax Information Services, LLC* |

Date: June 16, 2020                           BERGER MONTAGUE PC


*/s/ Benjamin Galdston*
BENJAMIN GALDSTON
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300
Email: bgaldston@bm.net

E. Michelle Drake*
John G. Albanese*
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5999
Fax: (612) 584-4470
Email: emdrake@bm.net
           jalbanese@bm.net
**pro hac vice* forthcoming*

Alexander Hood*
TOWARDS JUSTICE
1410 High Street, Suite 300
Denver, CO 80218
Tel: (720) 239-2606
Email: alex@towardsjustice.org
**pro hac vice* forthcoming*

*Attorneys for Plaintiffs and
the Proposed Classes*