1   Brownstein Hyatt Farber Schreck, LLP
    Jonathan C. Sandler, Bar No. 227532
2   jsandler@bhfs.com
    2049 Century Park East
3   Suite 3550
    Los Angeles, CA  90067
4   Telephone:  310.500.4600
    Facsimile:  310.500.4602
5   Email:  jsandler@bhfs.com

6

    Attorneys for Defendant
7   GREAT LAKES EDUCATIONAL LOAN
    SERVICES, INC.
8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11
    KATHERINE SASS AND CODY              Case No.  3:20-cv-03424-EMC
12  HOUNANIAN, on Behalf of Themselves
    and All Others Similarly Situated,    **DECLARATION OF JILL LEITL IN**
13                                        **SUPPORT OF DEFENDANT GREAT**
                    Plaintiffs,           **LAKES EDUCATIONAL LOAN**
14                                        **SERVICES, INC.'S COMBINED MOTION**
           v.                             **TO DISMISS COMPLAINT PURSUANT**
15                                        **TO F.R.C.P. 12(b)(1) AND 12(b)(6) AND**
    GREAT LAKES EDUCATIONAL LOAN          **MOTION TO STRIKE CLASS**
16  SERVICES, INC., EQUIFAX              **ALLEGATIONS PURSUANT TO F.R.C.P.**
    INFORMATION SERVICES, LLC,            **12(f)**
17  TRANS UNION, LLC, EXPERIAN
    INFORMATION SOLUTIONS, INC.           [*Filed concurrently with the Notice of Motion*
18  AND VANTAGESCORE SOLUTIONS,           *and Combined Motion to Dismiss Complaint*
    LLC,                                  *Pursuant to F.R.C.P. 12(b)(1) and (b)(6) and*
19                                        *Motion to Strike Class Allegations Pursuant to*
                    Defendants.           *F.R.C.P. 12(f); Memorandum of Points and*
20                                        *Authorities In Support Thereof and [Proposed]*
                                          *Order*]
21
                                          Date:      Thursday, August 27, 2020
22                                        Time:      1:30 p.m.
                                          Ctrm:      5
23                                        Judge:     Hon. Edward M. Chen

24

25         I, Jill Leitl, declare as follows:

26         1.       I am over the age of eighteen years and am competent to testify as to the matters

27  set forth herein.

28         2.       I have read Plaintiffs' Complaint in the above-captioned matter, and I submit this

                                                        DECLARATION OF JILL LEITL IN SUPPORT
                                    1                   OF GREAT LAKES MOTION TO DISMISS -
                                                        3:20-CV-03424-EMC

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067

1   Declaration in Support of Defendant Great Lakes Educational Loan Services, Inc.'s ("Great

2   Lakes") Combined Motion to Dismiss Complaint Pursuant to F.R.C.P. 12(b)(1) and (b)(6) and

3   Motion to Strike Class Allegations Pursuant to F.R.C.P. 12(f) based on my personal knowledge of

4   the facts set forth herein.

5        3.      I am the Chief Operating Officer for Great Lakes.

6        4.      Great Lakes is one of the nation's largest servicers of federally-held student loans.

7   Great Lakes contracts with the United States Department of Education (the "Department") to

8   service student loans on the Department's behalf. In servicing these student loans, Great Lakes

9   furnishes repayment-related information to credit reporting agencies ("CRAs").

10       5.      As the Chief Operating Officer, I have extensive knowledge regarding Great

11  Lakes' policies and practices for reporting information to CRAs on borrowers' federally-held

12  student loans serviced by Great Lakes.

13       6.      On May 6, 2020, Great Lakes reported borrowers in the CARES Act forbearance

14  to the CRAs in a manner Great Lakes understood complied with the CARES Act and

15  corresponding guidance.

16       7.      None of the guidance available to Great Lakes included specific code-level details

17  on how credit reporting files should be structured to comply with the CARES Act.

18       8.      In its initial May 6th reporting, Great Lakes reported borrowers' account statuses

19  as "Current"; borrowers' regularly scheduled payment amount and actual payment amount as

20  "$0"; and the payment "Terms Frequency" as "D (Deferred)." True and correct copies of

21  Plaintiffs' May 6, 2020 credit reports are attached as **Exhibit 1** and **Exhibit 2**.

22       9.      Great Lakes also reported a deferred payment start date of 09/30/2020.  *See* **Exs. 1**

23  **& 2.**

24       10.     Great Lakes reported this way based on guidance available to it at the time—none

25  of which specifically instructed furnishers how to report under the "Terms Frequency" field.

26  Typically, furnishers have two options of reporting under "Terms Frequency"—either "M

27  (Monthly)" or "D (Deferred)". Great Lakes understood a report of "D (Deferred)" under this field

28  was accurate and compliant with the CARES Act, given that the CARES Act only "suspends"

2

DECLARATION OF JILL LEITL IN SUPPORT
OF GREAT LAKES MOTION TO DISMISS -
3:20-CV-03424-EMC

payment obligations and borrowers were not required to make any monthly payments during this COVID-19 forbearance. Great Lakes understood that, historically, a report of deferred under this section would not negatively impact a borrower's credit score.

11. After receiving questions from borrowers on May 11, 2020 about apparent reductions in borrowers' credit scores provided through Credit Karma, Great Lakes immediately investigated and identified what it believed to be an issue that could be affecting the scores.

12. I understand that the Complaint alleges that Defendants Equifax Information Services, LLC, Trans Union, LLC, Experian Information Solutions, Inc., and VantageScore Solutions, LLC operate a shared proprietary consumer credit-scoring model – the "Vantage Score" algorithm.

13. Great Lakes determined that one of the four major credit scoring algorithms—the Vantage Score algorithm published by Credit Karma—assigned a furnisher's deferral code a negative value in its scoring for some borrowers.

14. To Great Lakes' knowledge, no other major credit scoring algorithm, including the reputable FICO Score, ascribed a negative credit scoring event to a student loan servicer's "D (Deferred)" reporting.

15. As a furnisher of credit information, Great Lakes does not and cannot report "negative" credit score events. Rather, furnishers report loan statuses and special comments, which only a third-party creditor, monitoring service, or scoring company will themselves independently choose to consider "positive," "negative," or "neutral."

16. On May 15, 2020, Great Lakes amended and back-dated its prior CARES Act reporting and sent updated reports to the CRAs for all borrowers with federally-held student loans serviced by Great Lakes.

17. With respect to Plaintiffs Sass and Hounanian, true and correct copies of Plaintiffs' amended May 15, 2020 credit reports are attached as **Exhibit 3** and **Exhibit 4**.

18. As of May 15, 2020, Great Lakes changed the "Terms Frequency" section from "D (Deferred)" to "M (Monthly)" and immediately notified the CRAs of this update. *See* **Exs. 3 & 4**.

19. As a furnisher, Great Lakes has no ability to control what the CRAs do with its

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
2049 Century Park East, Suite 3550
Los Angeles, CA 90067

DECLARATION OF JILL LEITL IN SUPPORT OF GREAT LAKES MOTION TO DISMISS - 3:20-CV-03424-EMC

1    amended reports or when such amendments are reflected in the consumer's report.

2        20.      Also, Great Lakes is uninvolved with and has no authority or control over the

3    Vantage Score algorithm and no ability to adjust the Vantage Score scoring model, including

4    whether a given credit event is deemed a score-neutral or negative scoring event for a given

5    borrower.

6        21.      Before this Complaint was filed on May 20, 2020, Great Lakes did everything in

7    its control to immediately update its reporting after learning the Vantage Score algorithm was

8    flawed.

9        22.      Now that Great Lakes understands that, for at least some borrowers, the Vantage

10   Score algorithm attributed a negative credit scoring event with a report of "Deferred" under

11   "Terms Frequency," Great Lakes will not alter its current reporting of "Monthly" unless directed

12   by the Department or similar authority.

13       23.      On June 10, 2020, Great Lakes submitted its "Corrective Action Plan" (the "CAP

14   Response") to the Department's Federal Student Aid Office ("FSA"), in which Great Lakes

15   outlined the reporting issues underlying this action. A true and correct copy of the CAP Response

16   is attached as **Exhibit 5**.

17       24.      In this CAP Response, Great Lakes explained it had no control over the Vantage

18   Score algorithm but committed to provide FSA all coding information for future credit reporting

19   changes prior to implementation. **Ex. 5**. Great Lakes explained: "To ensure Great Lakes' credit

20   reporting is aligned with FSA's expectations and requirements, Great Lakes will provide FSA all

21   coding information for future credit reporting changes prior to implementation." *Id.*

22       25.      Great Lakes will not alter its CARES Act-related reporting in any manner,

23   including its "Terms Frequency" report of "Monthly (M)" unless directed by and/or approved by

24   the Department's Office of FSA or other similar authority.

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067

DECLARATION OF JILL LEITL IN SUPPORT
OF GREAT LAKES MOTION TO DISMISS -
3:20-CV-03424-EMC

1

2      I declare under penalty of perjury that the foregoing is true and correct.

3

4      Executed on this 16th day of July, 2020.

5

6

7                                                     _____

8                                              Jill Leitl, Chief Operating Officer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
2049 Century Park East, Suite 3550
Los Angeles, CA 90067

DECLARATION OF JILL LEITL IN SUPPORT
OF GREAT LAKES MOTION TO DISMISS
- 3:20-CV-03424-EMC

# EXHIBIT 1


CRUISE Research

# CODY A HOUNANIAN

user: MWindey

**RECORD SEARCH**

CODY A HOUNANIAN

05/05/2020 ▼

File sent to

New Search

Back to Search Results

---

Account Research

Metro 2®

CCC

PHP

ACDV archive

---

## BORROWER DETAILS

| | |
|---|---|
| Name: | CODY A HOUNANIAN |
| SSN: | |
| Date of Birth: | |
| Phone: | |
| Address: | |
| City / State / ZIP: | |
| Country: | - |
| ECOA Code: | 1   (Individual) |
| Consumer Information Indicator: | - |
| Address Indicator: | - |

## STATUS

| | |
|---|---|
| Account Number: | |
| Account Status: | **11**   **(Current Account)** |
| Payment Rating: | - |
| Compliance Condition Code: | **-** |
| Special Comment: | **-** |

## ACCOUNT DETAILS

| | |
|---|---|
| Portfolio Type: | I   (Installment) |
| Account Type: | 12   (Education) |
| Terms Frequency: | D   (Deferred) |

### K4: SPECIALIZED PAYMENT INFORMATION

| | |
|---|---|
| Specialized Payment Indicator: | 02   (Deferred payment) |
| Deferred Payment Start Date: | 09/30/2020 |

GLELSI_Sass_000011

**RECORD SEARCH**

CODY A HOUNANIAN

New Search

Back to Search Results

Account Research

Metro 2®

CCC

PHP

ACDV archive

|  |  |
|---|---|
| Date Opened: | ▮▮▮▮ |
| Date of Account Information: | **04/30/2020** |
| Date of Last Payment: | 03/18/2020 |
| Date Closed: | - |
| FCRA Date of 1st Delinquency: | - |

## FINANCIAL DETAILS

|  |  |
|---|---|
| Current Balance: | ▮▮▮▮ |
| Amount Past Due: | **$0** |
| High Credit/Original Loan Amount: | ▮▮▮▮ |
| Actual Payment Amount: | ▮ |
| Scheduled Monthly Payment Amount: | $0 |

## PAYMENT HISTORY PROFILE

|  | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2020** | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 |

## ADDITIONAL INFORMATION

|  |  |
|---|---|
| Consumer Transaction Type: | - |
| Credit Limit: | $0 |
| Identification Number: | ▮▮▮▮ |
| Interest Type Indicator: | - |
| K4 - Payment Amount: | $0 |
| K4 - Payment Due Date: | - |
| L1 - New Identification Number: | - |
| Original Charge-off Amount: | $0 |
| Residence Code: | - |
| Terms Duration: | - |

GLELSI_Sass_000012

# EXHIBIT 2

 CRUISE Research

# KATHERINE R SASS

user: MWindey

## RECORD SEARCH

KATHERINE R SASS

05/05/2020 ▼

File sent to

New Search

Back to Search Results

---

Account Research

Metro 2®

CCC

PHP

ACDV archive

---

## BORROWER DETAILS

| | |
|---|---|
| **Name:** | KATHERINE R SASS |
| **SSN:** | |
| **Date of Birth:** | |
| **Phone:** | |
| **Address:** | |
| **City / State / ZIP:** | |
| **Country:** | - |
| **ECOA Code:** | 1   (Individual) |
| **Consumer Information Indicator:** | - |
| **Address Indicator:** | - |

## STATUS

| | |
|---|---|
| **Account Number:** | |
| **Account Status:** | **11**   (Current Account) |
| **Payment Rating:** | - |
| **Compliance Condition Code:** | - |
| **Special Comment:** | - |

## ACCOUNT DETAILS

| | |
|---|---|
| **Portfolio Type:** | I   (Installment) |
| **Account Type:** | 12   (Education) |
| **Terms Frequency:** | D   (Deferred) |

## K4: SPECIALIZED PAYMENT INFORMATION

| | |
|---|---|
| **Specialized Payment Indicator:** | 02   (Deferred payment) |
| **Deferred Payment Start Date:** | 09/30/2020 |

CONFIDENTIAL

GLELSI_Sass_000003

CRUISE Research

**RECORD SEARCH**

KATHERINE R SASS

New Search

Back to Search Results

Account Research

Metro 2®

CCC

PHP

ACDV archive

| | |
|---|---|
| Date Opened: | ■■■■ |
| Date of Account Information: | **04/30/2020** |
| Date of Last Payment: | 04/27/2020 |
| Date Closed: | - |
| FCRA Date of 1st Delinquency: | - |

## FINANCIAL DETAILS

| | |
|---|---|
| Current Balance: | ■■■■ |
| Amount Past Due: | **$0** |
| High Credit/Original Loan Amount: | ■■■■ |
| Actual Payment Amount: | ■■■■ |
| Scheduled Monthly Payment Amount: | $0 |

## PAYMENT HISTORY PROFILE

| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2020** | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 |

## ADDITIONAL INFORMATION

| | |
|---|---|
| Consumer Transaction Type: | - |
| Credit Limit: | $0 |
| Identification Number: | ■■■■ |
| Interest Type Indicator: | - |
| K4 - Payment Amount: | $0 |
| K4 - Payment Due Date: | - |
| L1 - New Identification Number: | - |
| Original Charge-off Amount: | $0 |
| Residence Code: | - |
| Terms Duration: | - |

GLELSI_Sass_000004



# KATHERINE R SASS



user: MWindey

## RECORD SEARCH

KATHERINE R SASS

New Search

Back to Search Results

---

Account Research

Metro 2®

CCC

PHP

ACDV archive

---

05/05/2020 ▼

File sent to

## BORROWER DETAILS

| | |
|---|---|
| Name: | KATHERINE R SASS |
| SSN: | |
| Date of Birth: | |
| Phone: | |
| Address: | |
| City / State / ZIP: | |
| Country: | - |
| ECOA Code: | 1 (Individual) |
| Consumer Information Indicator: | - |
| Address Indicator: | - |

## STATUS

| | |
|---|---|
| Account Number: | |
| Account Status: | **11** (Current Account) |
| Payment Rating: | - |
| Compliance Condition Code: | **-** |
| Special Comment: | **-** |

## ACCOUNT DETAILS

| | |
|---|---|
| Portfolio Type: | I (Installment) |
| Account Type: | 12 (Education) |
| Terms Frequency: | D (Deferred) |

### K4: SPECIALIZED PAYMENT INFORMATION

| | |
|---|---|
| Specialized Payment Indicator: | 02 (Deferred payment) |
| Deferred Payment Start Date: | 09/30/2020 |

CONFIDENTIAL

CRUISE Research

|                                    |            |
|------------------------------------|------------|
| Date Opened:                       | ████       |
| Date of Account Information:       | **04/30/2020** |
| Date of Last Payment:              | 04/27/2020 |
| Date Closed:                       | -          |
| FCRA Date of 1st Delinquency:      | -          |

**RECORD SEARCH**

KATHERINE R SASS

████████

New Search

Back to Search Results

Account Research

Metro 2®

CCC

PHP

ACDV archive

## FINANCIAL DETAILS

|                                    |            |
|------------------------------------|------------|
| Current Balance:                   | ████       |
| Amount Past Due:                   | **$0**     |
| High Credit/Original Loan Amount:  | ████       |
| Actual Payment Amount:             | ████       |
| Scheduled Monthly Payment Amount:  | $0         |

## PAYMENT HISTORY PROFILE

|      | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| **2020** | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 |

████████████████████████████████████████

## ADDITIONAL INFORMATION

|                                    |            |
|------------------------------------|------------|
| Consumer Transaction Type:         | -          |
| Credit Limit:                      | $0         |
| Identification Number:             | ████       |
| Interest Type Indicator:           | -          |
| K4 - Payment Amount:               | $0         |
| K4 - Payment Due Date:             | -          |
| L1 - New Identification Number:    | -          |
| Original Charge-off Amount:        | $0         |
| Residence Code:                    | -          |
| Terms Duration:                    | -          |

GLELSI_Sass_000008

# EXHIBIT 3

CRUISE Research

# CODY A HOUNANIAN

user: MWindey



**RECORD SEARCH**

CODY A HOUNANIAN

[New Search](#)

05/15/2020 ▼

File sent to

---

Account Research

Metro 2®

CCC

PHP

ACDV archive

---

## BORROWER DETAILS

| | |
|---|---|
| Name: | CODY A HOUNANIAN |
| SSN: | |
| Date of Birth: | |
| Phone: | |
| Address: | |
| City / State / ZIP: | |
| Country: | - |
| ECOA Code: | 1   (Individual) |
| Consumer Information Indicator: | - |
| Address Indicator: | - |

## STATUS

| | |
|---|---|
| Account Number: | |
| Account Status: | **11**   (Current Account) |
| Payment Rating: | - |
| Compliance Condition Code: | **-** |
| Special Comment: | **-** |

## ACCOUNT DETAILS

| | |
|---|---|
| Portfolio Type: | I   (Installment) |
| Account Type: | 12   (Education) |
| Terms Frequency: | M   (Monthly) |

GLELSI_Sass_000009

**CRUISE Research**

**RECORD SEARCH**

CODY A HOUNANIAN

[New Search](#)

---

Account Research

Metro 2®

CCC

PHP

ACDV archive

---

| | |
|---|---|
| Date Opened: | ▉ |
| Date of Account Information: | **04/30/2020** |
| Date of Last Payment: | 03/18/2020 |
| Date Closed: | - |
| FCRA Date of 1st Delinquency: | - |

## FINANCIAL DETAILS

| | |
|---|---|
| Current Balance: | ▉ |
| Amount Past Due: | **$0** |
| High Credit/Original Loan Amount: | ▉ |
| Actual Payment Amount: | ▉ |
| Scheduled Monthly Payment Amount: | $0 |

## PAYMENT HISTORY PROFILE

| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2020** | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 |

## ADDITIONAL INFORMATION

| | |
|---|---|
| Consumer Transaction Type: | - |
| Credit Limit: | $0 |
| Identification Number: | ▉ |
| Interest Type Indicator: | - |
| K4 - Payment Amount: | - |
| K4 - Payment Due Date: | - |
| L1 - New Identification Number: | - |
| Original Charge-off Amount: | $0 |
| Residence Code: | - |
| Terms Duration: | - |

GLELSI_Sass_000010

# EXHIBIT 4

# KATHERINE R SASS

user: MWindey

05/15/2020 ▼

File sent to

Account Research

Metro 2®

CCC

PHP

ACDV archive

## BORROWER DETAILS

Name: KATHERINE R SASS

SSN:

Date of Birth:

Phone:

Address:

City / State / ZIP:

Country: -

ECOA Code: 1 (Individual)

Consumer Information Indicator: -

Address Indicator: -

## STATUS

Account Number:

Account Status: **11** (Current Account)

Payment Rating: -

Compliance Condition Code: -

Special Comment: -

## ACCOUNT DETAILS

Portfolio Type: I (Installment)

Account Type: 12 (Education)

Terms Frequency: M (Monthly)

CRUISE Research

|                      |            |
|----------------------|------------|
| Date Opened:         | █████████  |
| Date of Account Information: | **04/30/2020** |
| Date of Last Payment: | 04/27/2020 |
| Date Closed:         | -          |
| FCRA Date of 1st Delinquency: | - |

## FINANCIAL DETAILS

|                      |            |
|----------------------|------------|
| Current Balance:     | █████████  |
| Amount Past Due:     | **$0**     |
| High Credit/Original Loan Amount: | █████████ |
| Actual Payment Amount: | █████████ |
| Scheduled Monthly Payment Amount: | $0 |

## PAYMENT HISTORY PROFILE

|      | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| **2020** | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 |

███████████████████████████████████████████████████████

## ADDITIONAL INFORMATION

|                      |            |
|----------------------|------------|
| Consumer Transaction Type: | - |
| Credit Limit:        | $0         |
| Identification Number: | █████████ |
| Interest Type Indicator: | - |
| K4 - Payment Amount: | -          |
| K4 - Payment Due Date: | -        |
| L1 - New Identification Number: | - |
| Original Charge-off Amount: | $0 |
| Residence Code:      | -          |
| Terms Duration:      | -          |

CRUISE Research

# KATHERINE R SASS

user: MWindey

Account Research

Metro 2®

CCC

PHP

ACDV archive

05/15/2020 ▼

File sent to

## BORROWER DETAILS

| | |
|---|---|
| Name: | KATHERINE R SASS |
| SSN: | |
| Date of Birth: | |
| Phone: | |
| Address: | |
| City / State / ZIP: | |
| Country: | - |
| ECOA Code: | 1   (Individual) |
| Consumer Information Indicator: | - |
| Address Indicator: | - |

## STATUS

| | |
|---|---|
| Account Number: | |
| Account Status: | **11**   **(Current Account)** |
| Payment Rating: | - |
| Compliance Condition Code: | **-** |
| Special Comment: | **-** |

## ACCOUNT DETAILS

| | |
|---|---|
| Portfolio Type: | I   (Installment) |
| Account Type: | 12   (Education) |
| Terms Frequency: | M   (Monthly) |

CONFIDENTIAL

GLELSI_Sass_000005

|                          |              |
|--------------------------|--------------|
| Date Opened:             | ███████      |
| Date of Account Information: | **04/30/2020** |
| Date of Last Payment:    | 04/27/2020   |
| Date Closed:             | -            |
| FCRA Date of 1ˢᵗ Delinquency: | -       |

## FINANCIAL DETAILS

|                                |         |
|--------------------------------|---------|
| Current Balance:               | ███████ |
| Amount Past Due:               | **$0**  |
| High Credit/Original Loan Amount: | ██████ |
| Actual Payment Amount:         | ████    |
| Scheduled Monthly Payment Amount: | $0   |

## PAYMENT HISTORY PROFILE

|      | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| **2020** | -   | -   | -   | -   | -   | -   | -   | -   | -   | 0   | 0   | 0   |

███████████████████████████████████████████████████

## ADDITIONAL INFORMATION

|                                 |         |
|---------------------------------|---------|
| Consumer Transaction Type:      | -       |
| Credit Limit:                   | $0      |
| Identification Number:          | ██████  |
| Interest Type Indicator:        | -       |
| K4 - Payment Amount:            | -       |
| K4 - Payment Due Date:          | -       |
| L1 - New Identification Number: | -       |
| Original Charge-off Amount:     | $0      |
| Residence Code:                 | -       |
| Terms Duration:                 | -       |

GLELSI_Sass_000006

# EXHIBIT 5



06/10/2020

**VIA EMAIL** to William.Jackson@ed.gov

Bill Jackson
Executive Business Advisor / Contracting Officer
U.S. Department of Education, Federal Student Aid Office
830 First Street NE
Washington, DC 20002

Bill,

Below are the overview and Corrective Action Plan (CAP) for Great Lakes' credit reporting of CARES Act relief. As a company, our priority is providing a successful repayment experience for our borrowers, especially in these unprecedented times. When issues are brought to our attention, we are committed to resolving them as quickly as possible.

The CARES Act offers interest-free administrative forbearance on federally-held loans through September 30, 2020. The Department of Education directed servicers to report to credit reporting agencies as if the borrower is current and made $0 monthly payments, similar to zero-dollar plans for borrowers whose income is low enough that they don't pay anything under an income-driven repayment plan.

On May 6, Great Lakes reported borrowers in the CARES Act forbearance to the credit reporting agencies in a manner it believed complied with the aforementioned guidance. On May 11, Great Lakes began receiving questions from borrowers regarding their credit scores provided through Credit Karma. Immediately, Great Lakes began researching these borrower accounts and communicating with Credit Karma and the credit reporting agencies to understand the issue. That same day, we communicated to borrowers that we had identified the issue and planned to send an updated file to the credit reporting agencies. We sent the updated file on May 15, which has been processed by Equifax, Transunion, Experian, and Innovis.

In determining how to report the CARES Act forbearance to credit reporting agencies, Great Lakes reviewed the requirements from CR5505, the Q & A for CR5505 and the CARES Act:

- CR5505: "7. Servicers shall report to credit reporting agencies as if a regularly scheduled payment was made by the borrower during this period of forbearance.   a. Reporting should indicate the borrower is current and have made their monthly payment of $0 (similar to $0 IDR)." (page 2)
- Q & A for CR5505:  Question 10 – "When reporting to credit agencies – should we submit these borrowers similar to how we report on $0 IDR borrowers?  With a $0 installment, current and having made the monthly payment."  Response – "Yes – report similar to $0 IDR payments." (page 2)
- CARES Act HR748 Section 4021, amending Section 623(a)(1) of the Fair Credit Reporting Act (15 U.S.C. 1681s-2(a)(1)): "…if a furnisher makes an accommodation with respect to 1 or more payments on a credit obligation or account of a consumer, and the consumer makes the



payments or is not required to make 1 or more payments pursuant to the accommodation, the furnisher shall report the credit obligation or account as current." ((F)(ii)(I))   and "The term 'accomodation' includes an agreement to defer 1 or more payments, make a partial payment, forbear any delinquent amounts, modify a loan or contract, or any other assistance or relief granted to a consumer who is affected by the coronavirus disease 2019 (COVID-19) pandemic during the covered period." (F)(i)(1)

Below is a chart comparing these requirements to Great Lakes' reporting in the original and updated credit files. None of the available guidance included specific code-level details on how credit reporting files should be structured to comply with the CARES Act. For all fields except Terms Frequency, Great Lakes' reporting was consistent with what ED intended in its guidance. For the Terms Frequency Field, confusion resulted from the CR5505 guidance that loans be placed in administrative forbearance, particularly when coupled with the CARES Act requirement to furnish information about the borrower's compliance with the terms of any COVID-19 accomodations. Great Lakes' understanding was that Terms Frequency should be coded as "Deferred (D)" to reflect the borrower's repayment status and comply with these two requirements.  We also understood that "Deferred (D)" was a neutral reporting code.

| Requirements from CR 5505, Q&A from CR 5505, and the CARES Act | Great Lakes Initial April Credit Reporting File (May 6, 2020) | Great Lakes Updated April Credit Reporting File (May 15, 2020) |
|---|---|---|
| **Current Status** | Account Status = 11 (Current) | Account Status = 11 (Current) |
| **Regularly Scheduled payments of $0** | Scheduled Payment Amount = $0 | Scheduled Payment Amount = $0 |
| **Made monthly payment amount of $0 (similar to $0 IDR).**<br><br>*(Note: this reporting combination consistent with most recent guidance for reporting $0 IDR Plans)* | Actual Payment Amount = $0 and providing a date in the Date of Last Payment | Actual Payment Amount = $0 and providing a date in the Date of Last Payment |
| **If borrower is receiving accommodation (i.e. forbearance, which deferred one or more payments), report account as current** | Terms Frequency = Deferred (D) K4 Segment = 09/30/2020 deferred payment start date | Terms Frequency = Monthly (M) |

After the updated file was processed, Great Lakes reviewed consumer-facing samples of the updated tradelines at each of the 4 credit bureaus and validated the new information reflected in the borrowers credit reports.

Resulting Impact
We know now that while our original credit file should have had a neutral impact to credit scores, the VantageScore algorithm, which is published by Credit Karma, assigned Great Lakes' deferral code a negative value in its scoring models. Consumers have reported the same outcomes in VantageScores for private and commercial loans which were not eligible for CARES Act relief, but were placed in a neutral



disaster forbearance in response to COVID. VantageScore has since posted a statement on its website noting it will change its algorithm to minimize the impact of forbearance during this pandemic. Given this situation, our customer service agents are encouraging borrowers to contact the credit reporting agencies directly for information about their credit, as we believe the scores at the agencies were not impacted.

There is no way for Great Lakes to know how many consumers were impacted, as impact would depend on how many consumers received actual credit decisions based on the VantageScore's flawed algorithm, and that population can't be identified by Great Lakes.

<u>Plan to Prevent Future Occurrences</u>
To ensure Great Lakes' credit reporting is aligned with FSA's expectations and requirements, Great Lakes will provide FSA all coding information for future credit reporting changes prior to implementation.

We apologize for this inconvenience and will continue to advocate for our customers until the issue is fully resolved.

Sincerely,

Jill M. Leitl