RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
JAMES K. ROTHSTEIN (S.B. #267962)
jrothstein@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

ELIZABETH L. MCKEEN (S.B. #216690)
emckeen@omm.com
DANIELLE N. OAKLEY (S.B. #246295)
doakley@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Telephone: +1 949-823-6900
Facsimile: +1 949-823-6994

Attorneys for Defendant
TRANSUNION, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHERINE SASS and CODY HOUNANIAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC. et al.,<br><br>Defendants. | Case No. 20-cv-3424-EMC<br><br>**DECLARATION OF DANIELLE N. OAKLEY IN SUPPORT OF DEFENDANT TRANSUNION, LLC'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** |

I, Danielle N. Oakley, hereby declare and state as follows:

1. I am a partner at the law firm of O'Melveny & Myers LLP and counsel of record for Defendant TransUnion, LLC in the above-captioned matter. I am a member in good standing of the State Bar of California. I submit this declaration in support of TransUnion's motion to dismiss complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). I am over 18 years of age and have personal knowledge of the matters set forth herein and, if called and sworn as a witness, could and would testify thereto.

2. A true and correct copy of the Consumer Finance Protection Bureau's policy statement in light of the Coronavirus Aid, Relief, and Economic Security Act, dated April 1, 2020, is attached hereto as Exhibit A. This document originated on the Consumer Finance Protection Bureau's website, which is a government website, and is available at https://files.consumerfinance.gov/f/documents/cfpb_credit-reporting-policy-statement_cares-act_2020-04.pdf (last visited July 17, 2020).

3. A true and correct copy of U.S. Department of Education guidance titled *UPDATED Guidance for interruptions of study related to Coronavirus (COVID-19)*, dated April 3, 2020, is attached hereto as Exhibit B. This document originated on the Information for Financial Aid Professionals (IFAP) website, which is a government website, and is available at https://ifap.ed.gov/electronic-announcements/040320UPDATEDGuidanceInterruptStudyRelCOVID19 (last visited July 17, 2020).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 17th day of July, 2020.

                                            *Danielle N. Oakley*
                                            Danielle N. Oakley