RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
JAMES K. ROTHSTEIN (S.B. #267962)
jrothstein@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

ELIZABETH L. MCKEEN (S.B. #216690)
emckeen@omm.com
DANIELLE N. OAKLEY (S.B. #246295)
doakley@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Telephone: +1 949-823-6900
Facsimile: +1 949-823-6994

Attorneys for Defendant
TRANSUNION LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KATHERINE SASS and CODY HOUNANIAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC. et al.,<br><br>Defendants. | Case No. 20-cv-3424-EMC<br><br>**DEFENDANT TRANSUNION LLC'S REQUEST FOR JUDICIAL NOTICE OF MATERIALS CITED IN MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**<br><br>Hearing Date: August 27, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom 5<br>Judge: Edward M. Chen |

**REQUEST FOR JUDICIAL NOTICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, Defendant TransUnion, LLC hereby requests that the Court take judicial notice of the following documents in support of TransUnion's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). All exhibit references correspond to the exhibits attached to the Declaration of Danielle N. Oakley, filed contemporaneously in support of the above-referenced motion.

1. Exhibit A: Consumer Financial Protection Bureau, Statement on Supervisory and Enforcement Practices Regarding the Fair Credit Reporting Act and Regulation V in Light of the CARES Act (Apr. 1, 2020), *available at* https://files.consumerfinance.gov/f/documents/cfpb_credit-reporting-policy-statement_cares-act_2020-04.pdf.

2. Exhibit B: U.S. Department of Education, UPDATED Guidance for interruptions of study related to Coronavirus (COVID-19) (Apr. 3, 2020), *available at* https://ifap.ed.gov/electronic-announcements/040320UPDATEDGuidanceInterruptStudyRelCOVID19.

The Court may take judicial notice of matters "not subject to reasonable dispute" in that they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts may "consider . . . matters of judicial notice . . . without converting the motion to dismiss into a motion for summary judgment." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).

These exhibits are properly subject to judicial notice. Exhibit A and Exhibit B are guidance documents issued by agencies of the United States government. Because the documents are "readily available on a government agency website," they are subject to judicial notice. *Gustavson v. Mars, Inc.*, 2014 WL 2604774, at *3 n.1 (N.D. Cal. June 10, 2014); *accord Gustavson v. Wrigley Sales Co.*, 961 F. Supp. 2d 1100, 1113 n.1 (N.D. Cal. 2013) ("The Court may take judicial notice of materials available on government agency websites.").

WHEREFORE, TransUnion respectfully requests that the Court take judicial notice of the above-mentioned exhibits.

Dated: July 17, 2020

O'MELVENY & MYERS LLP

/s/ *Danielle N. Oakley*
Danielle N. Oakley

Attorneys for Defendant
TransUnion LLC