Benjamin Galdston (SBN 211114)
**BERGER MONTAGUE PC**
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300
Email: bgaldston@bm.net

E. Michelle Drake (pro hac vice)
John G. Albanese (pro hac vice)
**BERGER MONTAGUE PC**
43 SE Main St, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5999
Fax: (612) 584-4470
Email: emdrake@bm.net
jalbanese@bm.net

*Attorneys for Plaintiffs*
*Katherine Sass and Cody Hounanian*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

KATHERINE SASS and CODY HOUNANIAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and VANTAGESCORE SOLUTIONS, LLC,

Defendants.

Case No. 3:20-cv-3424-EMC

**STIPULATION RE: SCHEDULE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED by and among Plaintiffs Katherine Sass and Cody Hounanian ("Plaintiffs") and Defendants Great Lakes Educational Loan Services, Inc. ("Great Lakes"), Equifax Information Services, LLC ("Equifax"), TransUnion, LLC ("TransUnion"), Experian Information Solutions, Inc. ("Experian"), and VantageScore Solutions, LLC ("VantageScore") (collectively, the "Parties"), by and through their respective counsel of record, that:

WHEREAS, on May 20, 2020, Plaintiffs filed the Complaint (ECF No. 1) in this Court;

WHEREAS, the Parties stipulated to an extension of Defendants' time to respond to the Complaint to July 17, 2020 (ECF No. 15);

WHEREAS, on July 17, 2020, each Defendant filed a motion to dismiss this case in its entirety with a motion hearing date of August 27, 2020;

WHEREAS, under Local Rule 7-3(a), Plaintiffs' oppositions to Defendants' motions are due on July 31, 2020;

WHEREAS, after reviewing Defendants' motions, to conserve Party and Court resources, Plaintiffs have determined to amend the Complaint to address certain issues raised in Defendants' motions to dismiss;

WHEREAS, the Parties have conferred and agree that Plaintiffs may file an amended complaint on or before **August 28, 2020**;

WHEREAS, the Parties have agreed that Defendants shall have until **September 25, 2020** to respond to the forthcoming amended complaint. Should the Defendants decide to file motions to dismiss in response to Plaintiffs' forthcoming amended complaint the Parties have agreed that Plaintiffs' responses to such motions will be filed by **October 23, 2020** and Defendants' replies will be filed by **November 6, 2020**;

WHEREAS, the Parties have agreed that the deadline previously set for completion of the Rule 26(f) conference of counsel shall be extended until **October 23, 2020**, and that the corresponding dates relating to the timing and sequence of

discovery set forth in Rule 26(d) shall be extended accordingly. By agreeing to this extension, Defendants do not concede that discovery would be appropriate unless and until the pleadings are set and all pleading motions are resolved. Defendants expressly reserve the right to assert their position with respect to the timing and sequence of discovery at a later time;

WHEREAS, the Parties have further agreed that the initial case management conference, currently set for October 8, 2020, should be continued.

THEREFORE, the Parties jointly request that, upon Plaintiffs filing an amended complaint on or before **August 28, 2020**, the Court deny as moot and without prejudice to refile Defendants' currently pending motions to dismiss and/or strike the Complaint and vacate the current October 8, 2020 motion hearing date and case management conference. Defendants shall have until **September 25, 2020** to respond to the amended complaint. Should motions to dismiss be filed, Plaintiffs' oppositions shall be filed by **October 23, 2020**, and Defendants' replies shall be filed by **November 6, 2020**. Finally, the deadline for the Parties to conduct the Rule 26(f) conference of counsel shall be extended until **October 23, 2020**, and all corresponding dates relating to the timing and sequence of discovery set forth in Rule 26(d) shall be extended accordingly.

**IT IS SO STIPULATED**

Dated: July 29, 2020.

Respectfully submitted,

BERGER MONTAGUE PC

By: */s/ John G. Albanese*
John G. Albanese

Attorneys for Plaintiffs
KATHERINE SASS and CODY HOUNANIAN

Dated: July 29, 2020.

Respectfully submitted,

KING & SPALDING

By: */s/ Zachary A. McEntyre*
Zachary A. McEntyre

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

Dated: July 29, 2020.

Respectfully submitted,

JONES DAY

By: */s/ Kerry C. Fowler*
Kerry C. Fowler

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: July 29, 2020.

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Jonathan C. Sandler*
Jonathan C. Sandler

Attorneys for Defendant
GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.

Dated: July 29, 2020.

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Danielle Oakley*
Danielle Oakley

Attorneys for Defendant
TRANSUNION LLC

Dated: July 29, 2020.

Respectfully submitted,

BERENS & MILLER, P.A.

By: */s/ Barbara Podlucky Berens*
Barbara Podlucky Berens

Attorneys for Defendant
VANTAGESCORE SOLUTIONS, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

______________________________
Hon. Edward M. Chen
U.S. District Court Judge

**ECF SIGNATURE CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3), I, John G. Albanese, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: July 29, 2020.

By: /s/ *John G. Albanese*
John G. Albanese

Counsel for Plaintiffs
KATHERINE SASS and CODY HOUNANIAN

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 29, 2020, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-1. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-1 to accept that Notice as service of this document.

Dated: July 29, 2020.

*/s/ John G. Albanese*
John G. Albanese