Benjamin Galdston (SBN 211114)
**BERGER MONTAGUE PC**
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300
Email: bgaldston@bm.net

E. Michelle Drake (*pro hac vice*)
John G. Albanese (*pro hac vice*)
**BERGER MONTAGUE PC**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5999
Fax: (612) 584-4470
Email: emdrake@bm.net
jalbanese@bm.net

*Attorneys for Plaintiffs Katherine Sass and Cody Hounanian and the Proposed Classes*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE SASS AND CODY HOUNANIAN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND VANTAGESCORE SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 3:20-cv-03424-EMC<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Edward M. Chen |

NOTICE OF VOLUNTARY DISMISSAL
-1-

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Katherine Sass and Cody Hounanian voluntarily dismiss without prejudice the above-entitled action against defendants Great Lakes Educational Loan Services, Inc.; Equifax Information Services, LLC; TransUnion, LLC; Experian Information Solutions, Inc.; and VantageScore Solutions, LLC.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Date: August 28, 2020

Respectfully submitted,

BERGER MONTAGUE PC

*/s/ Benjamin Galdston*
BENJAMIN GALDSTON
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel:  (619) 489-0300
Email:  bgaldston@bm.net

E. Michelle Drake (*pro hac vice*)
John G. Albanese (*pro hac vice*)
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5999
Fax: (612) 584-4470
Email: emdrake@bm.net
           jalbanese@bm.net

Alexander Hood
TOWARDS JUSTICE
1410 High Street, Suite 300
Denver, CO 80218
Tel: (720) 239-2606
Email: alex@towardsjustice.org

*Attorneys for Plaintiffs and
the Proposed Classes*